```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MARTIN GARCIA-VASQUEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN GARCIA-VASQUEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No. CR.S-05-171-DFL <br><br> **STIPULATION AND ORDER** <br> DATE:  June 23, 2005 <br> TIME:  10:00.a.m. <br> JUDGE: Hon. David F. Levi |

　　　　It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, MARTIN GARCIA-VASQUEZ by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing set for June 9, 2005 and the jury trial set for June 27, 2005 be vacated and a status conference be set for Thursday, June 23, 2005 at 10:00 a.m.

　　　　This continuance is being requested because the parties need additional time to confer about a proposed plea agreement and investigate this case.  Further, defense counsel will be going on maternity leave in June, and the case will be transferred to another attorney who will need time to familiarize him or herself with the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 23, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 9, 2005.                Respectfully submitted,

                                        QUIN DENVIR
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARTIN GARCIA-VASQUEZ

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: June 9, 2005            /s/ Rachelle Barbour for
                                        JASON HITT
                                        Assistant U.S. Attorney

                                        **O R D E R**

**IT IS SO ORDERED.**

DATED: 6/9/2005

                                        DAVID F. LEVI
                                        United States District Judge